**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARYMOUNT UNIVERSITY,** )<br>**LINDA McMURDOCK,** )<br>**and JANE ROE,** )<br>)<br>Defendants. )<br>_____ ) | Case No. _____ |

### [PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR A PROTECTIVE ORDER

Upon consideration of Plaintiff John Doe's Motion to Proceed Under Pseudonym and for a Protective Order, and any opposition thereto, it is this _____ day of _____, 2017, hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that all parties shall use the pseudonym "John Doe" to refer to Plaintiff throughout the entirety of this lawsuit; and it is further

**ORDERED** that all parties shall use the pseudonym "Jane Roe" throughout the entirety of this lawsuit to refer to Defendant Jane Roe who accused Plaintiff John Doe in the underlying matter at Marymount University; and it is further

**ORDERED**, that all documents and exhibits must be redacted or submitted under seal to the extent that they use John Doe's or Jane Roe's real names or other identifying information; and it is further

2

**ORDERED,** that unredacted versions of documents and exhibits shall be submitted to chambers.

**SO ORDERED.**

_____<br>United States District Judge

ENTERED: _____