IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DOE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:17-cv-00401(TSE/MSN) |
| MARYMOUNT UNIVERSITY, | ) |
| LINDA MCMURDOCK, and | ) |
| JANE ROE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS MARYMOUNT UNIVERSITY AND LINDA MCMURDOCK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Marymount University and Linda McMurdock move to dismiss Plaintiff's claims against them for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

The grounds for the motion are as follows:

1. Count I (Title IX) fails to state a claim upon which relief may be granted because Plaintiff alleges no facts that support a plausible inference of gender-based discrimination.

2. Count II (Breach of Contract) and Count III (Covenant of Good Faith and Fair dealing) fail to adequately allege the existence of a contract, which is an essential element of both claims.

3. Count IV (Negligence) fails to identify any recognized duty owed by either defendant to plaintiff. In the alternative, Count IV fails to state a claim against Defendant McMurdock in her individual capacity.

-2-

      4. Count V (Law of Associations) fails to identify any recognized duty owed by either defendant to plaintiff.

Detailed arguments in support of these grounds are set forth in the memorandum of points and authorities filed concurrently with this motion.

This motion is based on the Complaint filed in this action, this Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jason A. Ross filed therewith, and oral argument, if any, presented in support of the Motion.

Respectfully submitted,

Dated: April 25, 2017         Marymount University and Linda Murdock,

By Counsel,

*/s/ Jason A. Ross*
Jason A. Ross (VSB #91034)
jross@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 295-6655
Fax: (202) 295-6731

Joshua W. B. Richards
(*Admitted pro hac vice*)
jrichards@saul.com
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel: (215) 972-7777
Fax: (215) 972- 1831

William D. Nussbaum
(*Admitted pro hac vice*)
wnussbaum@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 295-6652
Fax: (202) 295-6715

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of April, 2017, the foregoing **DEFENDANTS' 12(B)(6) MOTION TO DISMISS** was filed via the Court's electronic filing system and served upon the following:

      Adam Ross Zurbriggen
      KaiserDillon PLLC
      1401 K Street NW
      Suite 600
      Washington, DC 20005
      azurbriggen@kaiserdillon.com

      Justin Emerson Dillon
      KaiserDillon PLLC
      1401 K Street NW
      Suite 600
      Washington, DC 20005
      jdillon@kaiserdillon.com

      */s/ Jason A. Ross*
      Jason A. Ross (VSB #91034)
      jross@saul.com
      Saul Ewing LLP
      1919 Pennsylvania Avenue, NW, Suite 550
      Washington, D.C. 20006-3434
      Tel: (202) 295-6655
      Fax: (202) 295-6731

      *Attorney for Defendants*

      I further certify that the following party for whom counsel has not yet entered an appearance has been served by first-class U.S. mail:

*Jane Roe*

Dated: April 25, 2017