IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:17-cv-00401(TSE/MSN) |
| MARYMOUNT UNIVERSITY, ) | |
| LINDA MCMURDOCK, and ) | |
| JANE ROE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

**AND NOW**, this _____ day of _____, 2017, after consideration of the Motion to Dismiss filed by Defendants Marymount University and Linda McMurdock, and all responses thereto, it is **ORDERED** that the motion is **GRANTED**. Plaintiff's claims against Defendants Marymount University and Linda McMurdock are **DISMISSED** in their entirety **WITH PREJUDICE**.

                                                **BY THE COURT:**

                                                _____

                                                Hon. T. S. Ellis, III, J.