IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-00401-TSE-MSN |
| ) | |
| MARYMOUNT UNIVERSITY, ) | |
| LINDA McMURDOCK, ) | |
| and JANE ROE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## WAIVER OF ORAL ARGUMENT

The Clerk will please take notice that, pursuant to Local Civil Rule 7(E), Plaintiff John Doe waives oral argument with respect to his Motion for Leave to Proceed Under Pseudonym and for a Protective Order (ECF No. 2, hereafter the "Doe Motion"). Counsel for Defendants Marymount University and Linda McMurdock have represented to undersigned counsel that they do not object to forgoing oral argument on this motion.

Moreover, Defendants Marymount University and Linda McMurdock have consented to the relief sought in the Doe Motion, provided that the Court also grants the relief requested in the Defendants' Motion for Entry of Confidentiality and Seal Order (ECF No. 21, hereafter "the University Defendants' Motion to Seal"). As indicated in the University Defendants' Motion to Seal, Plaintiff John Doe consents to the relief sought in that motion. See ECF No. 21 at 1.

Dated: April 26, 2017	Respectfully submitted,

 /s/_____
Justin Dillon (Va. Bar No. 48233)
Adam R. Zurbriggen (Va. Bar No. 88666)
KaiserDillon PLLC
1401 K Street NW, Suite 600
Washington, DC 20005
(202) 640-2850
(202) 280-1034 (facsimile)
jdillon@kaiserdillon.com
azurbriggen@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, the foregoing Waiver of Oral Argument was served on the following counsel of record and registered users via the court's electronic filing system:

Jason A. Ross (VSB #91034)
jross@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 295-6655
Fax: (202) 295-6731

*Attorney for Defendants Marymount University and Linda McMurdock*

I further certify that on April 26, 2017, the foregoing Waiver of Oral Argument was served on the following counsel of record via U.S. Mail:

Joshua W. B. Richards
(*Admitted pro hac vice*)
jrichards@saul.com
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel: (215) 972-7777
Fax: (215) 972- 1831

William D. Nussbaum
(*Admitted pro hac vice*)
wnussbaum@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 295-6652
Fax: (202) 295-6715

*Attorneys for Defendants Marymount University and Linda McMurdock*

                                                                            /s/
                                                                    Adam R. Zurbriggen