IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-401 |
| ) | |
| MARYMOUNT UNIVERSITY, ) | |
| LINDA McMURDOCK, ) | |
| and JANE ROE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff John Doe's Motion to Proceed Under Pseudonym and for a Protective Order (Doc. 2), the relevant law and principles, *see James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993), and there being no objection to the motion, it is hereby:

**ORDERED** that Plaintiff's motion (Doc. 2) is **GRANTED**; and it is further

**ORDERED** that all parties shall use the pseudonym "John Doe" to refer to Plaintiff until and unless otherwise ordered; and it is further

**ORDERED** that all parties shall use the pseudonym "Jane Roe" during this lawsuit to refer to Defendant Jane Roe who accused Plaintiff John Doe in the underlying matter at Marymount University, until and unless otherwise ordered; and it is further

**ORDERED**, that all documents and exhibits must be redacted or submitted under seal to the extent that they use John Doe's or Jane Roe's real names or other identifying information, until and unless otherwise ordered; and it is further

1

**ORDERED,** that unredacted versions of documents and exhibits shall be submitted to chambers.

It merits mention, however, that this Order may subsequently be vacated, and the parties' true names made public, at a later stage of this litigation, as appropriate.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 19, 2017

/s/
T. S. Ellis, III
United States District Judge