## ** CIVIL MOTION MINUTES **

Date: 05/19/2017                               Before the Honorable: T.S. ELLIS, III

Time:  10:56AM-11:40AM (00:44)                 Civil Case No.: 1:17-CV-00401-TSE-MSN

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

# JOHN DOE

# v.

# MARYMOUNT UNIVERSITY et al

Appearances of Counsel for:

( X ) Plaintiff: Adam R. Zurbriggen, Justin E. Dillon
( X ) Defendant: Jason A. Ross, Joshua Richards
(   ) Other:

**Re:**    Defendant's Motion [19] to Dismiss for Failure to State a Claim

Argued and:

(   ) Granted            (   ) Denied            (   ) Granted in part/Denied in part

(   ) Taken Under Advisement             (   ) Continued to

(   ) Report and Recommendation to Follow

- Defendant permitted to file matters under seal provisionally
- Defendant requests that Linda McMurdock be dismissed

( **X** ) Order to Follow