**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JOHN DOE<br><br>              **Plaintiff,**<br><br>vs.<br><br>MARYMOUNT UNIVERSITY,<br>LINDA McMURDOCK,<br>and<br>JANE ROE<br><br>              **Defendants.** | Case No. 1:17-cv-00401-TSE/MSN |

## **DEFENDANT JANE ROE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Jane Roe ("Defendant") moves to dismiss Plaintiff's Complaint against her, in its entirety and with prejudice, for failure to state a claim upon which relief may be granted pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6). In support thereof, Defendant submits the accompanying Memorandum in Support of her motion.

This Motion is based on the Complaint filed in this action, this Motion, the accompanying Memorandum in Support with points and authorities, and oral argument, if any, presented in support of the Motion.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Jason R. Waters*
Jason R. Waters (VSB No. 73887)
Catherine J. Malycke (VSB No. 84952)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102-5102
(703) 245-9300
(703) 245-9301
Jason.Waters@wilsonelser.com
Catherine.Malycke@wilsonelser.com
*Counsel for Defendant Jane Roe*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing was served via Electronic Case Filing (ECF) this 5th day of July, 2017 to:

Justin Dillon, Esq.
KaiserDillon PLLC
1401 K Street NW, Suite 600
Washington, DC 20005
(202) 640-2850 (telephone)
jdillon@kaiserdillon.com
*Counsel for Plaintiff*

Jason A. Ross, Esq.
Saul Ewing LLP
1919 Pennsylvania Ave., Suite 550
Washington, DC 20006-3434
(202) 333-8800 (telephone)
jross@saul.com
*Counsel for Defendants Marymount University
and Linda McMurdock*

Joshua W. B. Richards, Esq.
*(Admitted pro hac vice)*
jrichards@saul.com
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel: (215) 972-7777
Fax: (215) 972- 1831
*Counsel for Defendants Marymount University
and Linda McMurdock*

William D. Nussbaum, Esq.
*(Admitted pro hac vice)*
wnussbaum@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 295-6652
Fax: (202) 295-6715
*Counsel for Defendants Marymount University
and Linda McMurdock*

731838v.1

                    */s/ Jason R. Waters*
Jason Waters, VSB #73887
Catherine J. Malycke VSB #84952
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
jason.waters@wilsonelser.com
catherine.malycke@wilsonelser.com
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
*Counsel for Defendant Jane Roe*